```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
                              ----oo0oo----
11
12  UNITED STATES OF AMERICA,
                                        NO. CIV. S 05-1732 MCE PAN
13           Plaintiff,

14       v.                             ORDER

15  ERSUL O. SANDERS,

16           Defendant.

17                            ----oo0oo----

18

19           The Complaint in this matter, filed on behalf of
20  Plaintiff United States of America, asserts that Defendant Ersul
21  O. Sanders, a resident of Modesto, California, misappropriated
22  federal survivorship annuity benefits payable to his mother, Lela
23  Sanders, by continuing to collect said benefits in a joint
24  checking account for almost ten (10) years following his mother's
25  death.   The City of Modesto is located within Stanislaus County,
26  which is part of the Fresno Division of the United States Court
27  for the Eastern District of California.   See Local Rule 3-120(d).
28
                                     1
```

1   Pursuant to Local Rule 3-120(f), any civil action which has
2 not been commenced in the proper court may, on the court's own
3 motion, be transferred to the proper court.  Therefore this
4 action will be transferred to the Fresno Division of the court.

6   IT IS SO ORDERED.

8 DATED: August 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE